**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ADRIAN A. MILES,                   §
(TDCJ-CID #292396)                 §
       Plaintiff,              §
                         §
vs.                                §          CIVIL ACTION H-15-0456
                         §
TDCJ-CID, *et al.*,                §
       Defendants.              §
                         §

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil

action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on ___Dec. 13___, 2017.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE